**Order entered April 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00382-CV

### IN RE PETER BEASLEY, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-05741-2017**

## ORDER

Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's April 5, 2018 petition for

writ of mandamus.  We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/    ADA BROWN
      JUSTICE